UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-80570-CIV-MARRA/JOHNSON

In the matter of the Complaint of JAMES
A. JACOBSEN, as owner of a 1998 24'
Cobia, for exoneration from or limitation
of liability,

    Petitioner.
_____/

## OPINION AND ORDER

**THIS CAUSE** is before the Court upon the parties' Joint Motion to Lift the Injunction as to the State Court Action and to Stay the Federal Court Limitation Action (DE 28), filed on November 4, 2011.  In the Motion, the parties note that they have reached an agreement to settle their dispute.  See (DE 28) at p. 2.  In light of the fact that there are no other interested parties in this matter, see (DE 25), it is hereby:

**ORDERED AND ADJUDGED** that the parties' Joint Motion to Lift the Injunction as to the State Court Action and to Stay the Federal Court Limitation Action (DE 28) is **GRANTED**.  The injunction as to the state court action entered herein on May 18, 2011 (DE 6) is **LIFTED** for the sole purpose for permitting the parties to file a Motion for Approval of a minor's settlement in the state court action.  Further, this action is **STAYED** pending resolution of the Motion to Approve Settlement in the state court action.  The parties shall file a status report as to the progress of the Motion to Approve Settlement in sixty (60)

days and shall immediately notify the Court upon final disposition of the Motion.

**DONE and ORDERED** in West Palm Beach, this 4th day of November, 2011.

KENNETH A. MARRA
United States District Judge